STATE OF NEW JERSEY v. FREDERICK FASICK.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GERARD HAMILTON.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY WALLACE.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT FERRARO.

February 28, 1984.

Petition for certification denied.